US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 28 2021

By
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 5:21 CR 50012-001 |
| v. | ) | 18 U.S.C. § 1708 |
| | ) | |
| CLEON L. HARRIS | ) | |
| | ) | |

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about February 14, 2019, in the Western District of Arkansas, Fayetteville Division, the defendant, **CLEON L. HARRIS**, did unlawfully have in his possession mail and/or contents of mail which had been stolen, taken, and abstracted from mail which had been placed in authorized depositories for mail matter at various locations in Springdale, Arkansas, knowing said items to have been stolen.

All in violation of Title 18, U.S.C. § 1708.

## COUNT TWO

On or about February 11, 2019, in the Western District of Arkansas, Fayetteville Division, the defendant, **CLEON L. HARRIS**, did steal and take from and out of a mail box, an authorized depository for mail matter, located at a residence in Springdale, Arkansas, the tax return of S.B.

All in violation of Title 18, U.S.C. § 1708.

A True Bill.

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*Sydney Butler*
By: Sydney L. Butler
Assistant U.S. Attorney
Arkansas Bar No. 2012238
414 Parker Avenue
Fort Smith, AR  72901
(479) 783-5125
Sydney.L.Butler@usdoj.gov